TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     CHIENKUO YUAN
Number:     17-01563-LA7

Hearing:    02:00 PM   Thursday, March  8, 2018

Motion:     DEBTOR'S MOTION TO DISMISS CASE AND MOTION FOR APPROVAL OF SETTLEMENT WITH CP KELCO, INC; ABANDONMENT OF ASSETS; APPROVAL OF ADMINISTRATIVE FEES OF $10,000 FOR CH. 7 TRUSTEE; DISMISSAL OF CASE AND ADVERSARY PROCEEDING AND OTHER RELIEF..

Court cannot rule on this motion.  It seems to incorporate a motion for approval of a settlement; with an abandonment of assets not yet abandoned by the trustee; with approval of administrative fees for the Trustee (without request for same; justification of same, etc.); with dismissal of the case and dismissal of a nondischargeability proceeding.  While there has been no opposition, the motion cannot be granted in this form.  There has not there been any statement of support or other explanation from the Trustee.  And there has been no showing of the propriety of abandoning these assets and there has been no demonstrated basis (or indeed a request) for the $10K administrative fee to the Trustee.

Counsel would be well-advised to break up this motion into more manageable components as part of the motion are grantable; parts are not.

If counsel is prepared to accept this tentative ruling and wishes to reframe this motion, he may request a continuance from the courtroom deputy and his appearance at today's hearing will be excused.